# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Essie McDaniel,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Eric Shinseki, Secretary, Department of Veterans Affairs,<br><br>　　　　Defendant | Case No.: 2:13-cv-02353-JAD-CWH<br><br>**Order Adopting Report and Recommendation [Doc. 4] and Denying Motion to Proceed in Forma Pauperis [Doc. 3]** |

　　　　Before the Court is Magistrate Judge Carl W. Hoffmans's Report and Recommendation regarding Plaintiff Essie Daniel's Application to Proceed *in Forma Pauperis*. Docs. 3–4. The Report finds that Daniels's "income and other assets exceed his expenses" and that he "is able to pay the costs of commencing this action." Doc. 4 at 2. The Report was entered January 16, 2014. Objections were due February 2, 2014. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffmans's Report and Recommendation **[Doc. 4] is ACCEPTED**.

**IT IS FURTHER ORDERED** that Daniels shall pay the filing fee of $400.00 by **March 13, 2014**.

DATED February 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2