# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Essie McDaniel,<br><br>       Plaintiff,<br><br>v.<br><br>Eric Shinseki, Secretary, Department of *et al.*,<br><br>       Defendants. | Case No. 2:13-cv-2353-JAD-CWH<br><br>**Order** |

    On January 16, 2014, Magistrate Judge Hoffman recommended that this Court deny plaintiff's *in forma pauperis* status & order plaintiff to submit a completed application or pay the $400.00 filing fee. Doc. 4 at 2. Judge Hoffman's recommendation noted that "Failure to comply with that order will result in a recommendation that this action be dismissed." *Id*. On February 13, 2014, this Court adopted Judge Hoffman's report and recommendation and gave plaintiff until March 13, 2014, to refile or pay the filing fee. Doc. 4 at 2. Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

    District courts have the inherent power to control their dockets and "[i]n the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal" of a case. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action,

failure to obey a court order, or failure to comply with local rules.  *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992)  (dismissal for failure to comply with an order requiring amendment of complaint); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for failure to comply with local rule requiring *pro se* plaintiffs to keep court apprised of address); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).  In the interest of justice, this Court will provide plaintiff one last opportunity to pay the filing fee before this case is dismissed.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff must pay the $400 filing fee by August 20, 2014, or this case will be dismissed.

Dated: July 21, 2014.

_____
Jennifer Dorsey
United States District Judge