# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Essie McDaniel,

          Plaintiff,

v.

Eric Shinseki, Secretary, Department of *et al.*,

          Defendants.

Case No. 2:13-cv-2353-JAD-CWH

**Order**

    On January 16, 2014, Magistrate Judge Hoffman recommended that this Court deny plaintiff's *in forma pauperis* status & order plaintiff to submit a completed application or pay the $400.00 filing fee.  Doc. 4 at 2.  Judge Hoffman's recommendation noted that "Failure to comply with that order will result in a recommendation that this action be dismissed." *Id*.  On February 13, 2014, this court adopted Judge Hoffman's report and recommendation and gave plaintiff until March 13, 2014, to refile or pay the filing fee.  Doc. 4 at 2.  On July 21, 2014, the court gave plaintiff "one last opportunity to pay the filing fee before this case is dismissed," and ordered that the $400 filing fee be paid "by August 20, 2014, or this case will be dismissed."  Doc. 6.  No payment was made.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  The Clerk of Court is instructed to close this case.

    Dated: November 12, 2014

                                            Jennifer Dorsey
                                            United States District Judge